# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHONEY'S NORTH AMERICA CORP., ) <br> a Georgia Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOLDMINE HOSPITALITY, LLC, a Florida ) <br> Limited Liability Company, SOUTHERN ) <br> HOSPITALITY SERVICES, LLC, a Florida ) <br> Limited Liability Company, ) <br> DIPANKAR BEN BANERJEE, a Florida resident, ) <br> BRIAN R. RACHAL, a Louisiana resident, and ) <br> MOUSHUMI BANERJEE, ) <br> ) <br> Defendants. ) | Civil No. 3:10-0894 <br> Judge Trauger |

## **O R D E R**

The plaintiff's Motion For Hearing On Plaintiff's Motion For Temporary Restraining Order And Preliminary Injunction (Docket No. 18) is **GRANTED**. A hearing will be held on the plaintiff's request for a temporary restraining order and preliminary injunction on Tuesday, October 5, 2010, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 30th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge