# IN THE UNITED STATES DISTRICT COURT
## THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| Shoney's North America Corp., | ) |
| | ) |
| | ) Case No. 3:10-cv-0894 |
| Plaintiff, | ) |
| | ) Judge Trauger |
| v. | ) |
| | ) |
| Goldmine Hospitality, LLC, | ) |
| Southern Hospitality Services, LLC, | ) |
| Dipankar Ben Banerjee, Moushumi | ) |
| Banerjee, and Brian R. Rachal, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT

Pending is Plaintiff's Request for Entry of Default against Defendants Dipankar Ben Banerjee and Moushumi Banerjee (collectively "Defendants") (Docket Entry 40).

It appears that service has been made upon the Defendants and returns of service have been filed with the Court (Docket Entries 16&17). Defendants have not responded to the Complaint against them. Plaintiff has now provided a declaration of military service (Docket Entry No. 41) as required by the Servicemembers Civil Relief Act of 2003 (50 App. U.S.C. 501 et seq.). Accordingly, the Entry of Default against these Defendants is appropriate.

For the reasons stated above, the Clerk hereby enters default against Defendants Dipankar Ben Banerjee and Moushumi Banerjee pursuant to FRCP 55(a).


s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court

1