**Motion GRANTED.**

*[Signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Shoney's North America Corp.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Case No: 3:10-cv-00894 |
| | ) |
| **Goldmine Hospitality, LLC,** | ) |
| **Southern Hospitality Services, LLC,** | ) |
| **Dipankar Ben Banerjee, Moushumi** | ) |
| **Banerjee, and Brian R. Rachal,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S MOTION TO ATTEND HEARING BY TELEPHONE

Plaintiff Shoney's North America Corp. ("Shoney's") hereby moves the Court to permit Shoney's counsel, Vincent Bushnell, to appear by telephone at the hearing to consider Shoney's pending Motion for Contempt scheduled before the Court on December 10, 2010, beginning at 10:30am. (ECF No. 43.) By allowing Mr. Bushnell to attend by telephone, Shoney's can avoid the cost and expense of Mr. Bushnell's travel from Atlanta, Georgia, to attend the hearing. Any inefficiencies or inconvenience to the Court that might result from Mr. Bushnell's attendance at the hearing by telephone will be mitigated significantly by the in-person attendance of Shoney's local counsel, Charles Grant.