# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHONEY'S NORTH AMERICA CORP., ) <br> a Georgia Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOLDMINE HOSPITALITY, LLC, a Florida ) <br> Limited Liability Company, SOUTHERN ) <br> HOSPITALITY SERVICES, LLC, a Florida ) <br> Limited Liability Company, ) <br> DIPANKAR BEN BANERJEE, a Florida resident, ) <br> BRIAN R. RACHAL, a Louisiana resident, and ) <br> MOUSHUMI BANERJEE, ) <br> ) <br> Defendants. ) | Civil No. 3:10-0894 <br> Judge Trauger |

## **O R D E R**

Because default has been entered against all defendants except Brian R. Rachal, the initial case management conference scheduled for January 10, 2011 is **CANCELLED**. Within five (5) days of the entry of this Order, the plaintiff shall file a notice indicating whether or not this case will continue to be pursued against defendant Rachal. The court finds no return of service against defendant Rachal in the record of this case.

It is so **ORDERED**.

ENTER this 6th day of January 2011.

_____
ALETA A. TRAUGER
U.S. District Judge