# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHONEY'S NORTH AMERICA CORP., ) <br> a Georgia Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOLDMINE HOSPITALITY, LLC, a Florida ) <br> Limited Liability Company, SOUTHERN ) <br> HOSPITALITY SERVICES, LLC, a Florida ) <br> Limited Liability Company, ) <br> DIPANKAR BEN BANERJEE, a Florida resident, ) <br> and MOUSHUMI BANERJEE, ) <br> ) <br> Defendants. ) | Civil No. 3:10-0894 <br> Judge Trauger |

## **JUDGMENT**

It is hereby **ORDERED** that the plaintiff, Shoney's North America Corp., is awarded liquidated damages in the amount of $397,703.88, attorney's fees and costs in the total amount of $49,614.57, and post- judgment interest from the date of entry of this Judgment, calculated pursuant to 28 U.S.C. § 1961, all against defendants Goldmine Hospitality, LLC, Hospitality Services, LLC, Dipankar Ben Banerjee, and Moushumi Banerjee, who are jointly and severally liable for these awards.

It is so **ORDERED**.

ENTER this 20th day of January 2011.

_____
ALETA A. TRAUGER
U.S. District Judge